■ In the Matter of RODNEY DUNCAN, Also Known as RODNEY KING, Respondent, v CITY OF NEW YORK, Appellant. [40 NYS3d 916]—In a proceeding pursuant to General Municipal Law § 50-e (5) for leave to serve a late notice of claim, the City of New York appeals from an order of the Supreme Court, Kings County (Baynes, J.), dated October 15, 2014, which granted the petition.

Ordered that the order is affirmed, with costs.

Under the particular facts of this case, the Supreme Court properly granted the instant petition. Eng, P.J., Austin, Roman and Cohen, JJ., concur.